UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHY ARRISON; TRISTAN SMITH, individually, and on behalf of a Class of others similarly situated,<br><br>　　　　　Plaintiffs-Respondents,<br><br> v.<br><br>WALMART INC.; WAL-MART ASSOCIATES, INC.,<br><br>　　　　　Defendants-Petitioners. | No.　23-80065<br><br>D.C. No. 2:21-cv-00481-SMB<br>District of Arizona,<br>Phoenix<br><br>ORDER |

The joint motion to stay appellate proceedings (Docket Entry No. 6) is granted. Appellate proceedings are stayed pending settlement approval proceedings in the district court or until further order of this court.

Petitioner must file a status report on December 20, 2023 and every 60 days thereafter while the settlement approval proceedings remain pending. Petitioner must also file a status report or motion for appropriate relief within 7 days after final resolution of the settlement approval proceedings in the district court or if the settlement otherwise fails to be consummated.

Failure to file a status report may terminate the stay of appellate proceedings.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

OSA111